*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

# MEMORANDUM OPINION ON REHEARING

No. 04-07-00574-CR

Jeremiah Heath **CARDIN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B0750
Honorable Charles Sherrill, Judge Presiding[1]

Opinion by:    Catherine Stone, Justice

Sitting:        Catherine Stone, Justice
                Karen Angelini, Justice
                Steven C. Hilbig, Justice

Delivered and Filed:   October 1, 2008

REVERSED AND REMANDED

In light of the State's concession of error on rehearing, we withdraw our opinion and judgment of June 25, 2008, and substitute this opinion and judgment in their stead. Jeremiah Cardin was found guilty of possession of cocaine, and he was sentenced to two years imprisonment and fined $2,000. Cardin's only complaint on appeal is that he was denied effective assistance of counsel

---

[1] Sitting by assignment.

during the punishment phase of his trial. The State concedes, with commendable professional candor, that: (1) defense counsel's representation of Cardin during the punishment phase of his trial was so deficient as to fall below an objective standard of reasonableness; and (2) there is a reasonable probability that but for counsel's unprofessional errors, the result of the proceeding would have been different. *See Strickland v. Washington*, 466 U.S. 668, 687 (1984); *Thompson v. State*, 9 S.W.3d 808, 812 (Tex. Crim. App. 1999). Given the State's concession of error, Cardin's motion for rehearing is granted and the case is remanded to the trial court for further proceedings.

Catherine Stone, Justice

Do Not Publish